United States Bankruptcy Court
District of Arizona

In re:  Case No. 22-03438-EPB
LOUISE LENORE LEVY  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: admin      Page 1 of 3
Date Rcvd: Jun 02, 2022      Form ID: 309A      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LOUISE LENORE LEVY, 10425 N 48TH DR, GLENDALE, AZ 85302-1805 |
| 16722447 | + | KENNETH EISEN, 777 E MISSOURI AVE #103, PHOENIX, AZ 85014-2855 |
| 16722452 | + | MISSION BANK, 101 2ND ST #350, SAN FRANCISCO, CA 94105-3669 |
| 16722457 | + | SURRAJ MEDICAL ASSOCIATES, 9401 W THUNDERBIRD RD #155, PEORIA, AZ 85381-4238 |
| 16722459 | | VALLET ARTHRITIS CARE, 13943 N 915T AVE #1, PEORIA, AZ 85381 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BDABIRDSELL | Jun 03 2022 02:58:00 | DAVID A. BIRDSELL, 216 N. CENTER, MESA, AZ 85201-6629 |
| smg | | EDI: AZDEPREV.COM | Jun 03 2022 02:58:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16722431 | + | Email/Text: Support@adastrarecoveryservicesinc.com | Jun 02 2022 23:11:00 | AD ASTRA RECOVERY SE, 7330 W 33RD ST NORTH SUITE 118, WICHITA, KS 67205-9370 |
| 16720752 | | EDI: ATLASACQU | Jun 03 2022 02:58:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 16722432 | + | Email/Text: bankruptcy@axcess-financial.com | Jun 02 2022 23:11:00 | AXCSSFN/CNGO, 7755 MONTGOMERY RD #4, CINCINNATI, OHIO 45236-4291 |
| 16722433 | + | EDI: CAPITALONE.COM | Jun 03 2022 02:58:00 | CAPITAL ONE BANK, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 16722434 | ^ | MEBN | Jun 02 2022 23:11:48 | CBA COLLECTION BUREAU, 25954 EDEN LANDING RD 1ST FLOOR, HAYWARD, CA 94545-3837 |
| 16722435 | | Email/PDF: bncnotices@becket-lee.com | Jun 02 2022 23:18:52 | CONN CREDIT CORP, BOX 2358, BEAUMONT, TX 77704-2358 |
| 16722436 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 02 2022 23:18:35 | CREDIT ONE BANK, 6801 S CIMARRON RD, LAS VEGAS, NV 89113-2273 |
| 16722437 | | Email/Text: karmenta@deliveryfinancial.com | Jun 02 2022 23:11:00 | DELIVERY FINANCIAL SERVICES, 3710 W GREENWY RD #1, PHOENIX, AZ 85053 |
| 16722438 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 02 2022 23:12:00 | DEPARTMENT OF EDUCATION NELNET, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 16722439 | | EDI: DISCOVER.COM | Jun 03 2022 02:58:00 | DISCOVER BANK, PO BOX 15316, WILMINGTON, DE 19850-5316 |
| 16722440 | + | EDI: BLUESTEM | Jun 03 2022 02:58:00 | FINGERHUT, 6250 RIDGEWOOD RD, SAINT CLOUD, MN 56303-0820 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 16722443 | + | EDI: AMINFOFP.COM | Jun 03 2022 02:58:00 | FIRST PREMIER BANK, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 16722444 | + | Email/Text: bankruptcy@gurstel.com | Jun 02 2022 23:11:00 | GURSTEL LAW FIRM, 9320 EAST RAINTREE DR, SCOTTSDALE, AZ 85260-2098 |
| 16722445 | + | Email/Text: bknotice@healthcareinc.com | Jun 02 2022 23:12:00 | HEALTHCARE COLLECTIONS, 2432 W PEORIA AVE $4-1060, PHOENIX, AZ 85029-4797 |
| 16722446 | | EDI: JEFFERSONCAP.COM | Jun 03 2022 02:58:00 | JEFFERSON CAPITAL, 16 MCCLELLAND RD, SAINT CLOUD, MN 56303 |
| 16722448 | ^ | MEBN | Jun 02 2022 23:13:37 | KIA MOTORS FINANCE, 10550 TALBERT AVE PO 20000382, FOUNTAIN VALLEY, CA 92708-6031 |
| 16722449 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 02 2022 23:11:00 | KOHLS, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 16722450 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 02 2022 23:18:45 | MERRICK BANK, PO BOX 9201, BETHPAGE, NY 11804-9001 |
| 16722451 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 02 2022 23:11:00 | MIDLAND CREDIT MANAGEMENT, 350 CAMINO DEL LA REINA #100, SAN DIEGO. CA 92108-3007 |
| 16722453 | ^ | MEBN | Jun 02 2022 23:13:17 | NCB MANAGEMENT SER, ONE ALLIED DR, TREVOSE, PA 19053-6945 |
| 16722454 | + | Email/Text: bankruptcy@oportun.com | Jun 02 2022 23:11:00 | OPORTUN/PROGRESO FIN, 3201 DALLAS PKWY #700, FRISCO, TX 75034-9573 |
| 16722455 | | EDI: PRA.COM | Jun 03 2022 02:58:00 | PORTFOLIO RECOVERY, 120 CORPORATE BLVD #100, NORFOLK, VA 23502 |
| 16719446 | + | EDI: RECOVERYCORP.COM | Jun 03 2022 02:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 16722456 | | Email/Text: bankruptcy@rsico.com | Jun 02 2022 23:11:00 | RSI ENTERPRISES, 5440 W NORTHERN AVE, GLENDALE, AZ. 85301 |
| 16722458 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 02 2022 23:12:00 | TRANSWORLD SYSTEMS, 2235 MERCURY WAY #275, SANTA ROSA, CA 95407-5463 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0970-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 02, 2022 | Form ID: 309A | Total Noticed: 32 |

Date: Jun 04, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2022 at the address(es) listed below:**

**Name**  **Email Address**

DAVID A. BIRDSELL
ecf@azbktrustee.com az15@ecfcbis.com

U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 2

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** LOUISE LENORE LEVY<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–3155<br>EIN: __–_____ | |
| **Debtor 2:** (Spouse, if filing)<br>First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: District of Arizona | Date case filed for chapter: 7  5/27/22 | |
| Case number: 2:22–bk–03438–EPB | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | LOUISE LENORE LEVY | |
| 2. | **All other names used in the last 8 years** | aka LOUISE LENORE GINNETTI | |
| 3. | **Address** | 10425 N 48TH DR<br>GLENDALE, AZ 85302 | |
| 4. | **Debtor's attorney**<br>Name and address | LOUISE LENORE LEVY<br>10425 N 48TH DR<br>GLENDALE, AZ 85302 | Contact phone _____<br>Email: LOUISELEVY0412@GMAIL.COM |
| 5. | **Bankruptcy trustee**<br>Name and address | DAVID A. BIRDSELL<br>216 N. CENTER<br>MESA, AZ 85201 | Contact phone 480–644–1080<br>Email: ecf@azbktrustee.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-1727 | Office Hours:<br>8:30 am – 4:00 pm Monday–Friday<br><br>Contact Phone: (602) 682-4000<br>Date: 6/2/22 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | July 5, 2022 at 08:30 AM<br><br>**BY TELEPHONE**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee: DAVID A. BIRDSELL<br>Call in number: 866-561-0509<br>Passcode: 6370277 |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/6/22** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br><br>Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(7)(A)): **70 Days from Case Filed Date.** | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**