

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

Louise Lenore Levy

Debtor(s).

Chapter 7

Case No. 2:22-bk-03438-EPB

## Declaration of Evidence of Employers' Payments Within 60 Days

☒ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $Click or tap here to enter amount. If none, enter "0.00".

Debtor declares the foregoing to be true and correct under penalty of perjury.

Dated: 6-7-22

_____
Signature of Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

**Safeway Inc.**
**Associate Experience Center (AEC)**
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| Pay Group: | 099 |
|---|---|
| Pay Begin Date: | 03/27/2022 |
| Pay End Date: | 04/02/2022 |

| Advice #: | 991-4326187 |
|---|---|
| Advice Date: | 04/07/2022 |

Louise Levy
10425 N 48th Dr
Glendale, AZ 85302
XXX-XX-3155

| Employee ID: | 5957159 |
|---|---|
| Department: | 9603B603 |
| Location: | 9603B |
| Job Title: | Accounting Clerk IV |
| Pay Rate: | $21.614 Hourly |

| TAX DATA: | Federal | AZ State |
|---|---|---|
| Tax Status: | Single | N/A |
| Allowances: | 2 | N/A |
| Addl. Allowances: | | |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 21.614 | 17.22 | 372.19 | 482.37 | 10,425.95 |
| Holiday Worked | | | 0.00 | 7.53 | 162.75 |
| Overtime 1.5 | | | 0.00 | 0.88 | 28.51 |
| Expense Reimburse non-taxable | | | 0.00 | | 75.00 |
| **Total Hours Worked** | | **17.22** | | **490.78** | |
| Funeral Leave | 21.614 | 23.00 | 497.12 | 23.00 | 497.12 |
| Holiday Worked Premium | | | 0.00 | 7.53 | 81.38 |
| Holiday | | | 0.00 | 16.00 | 345.82 |
| Sick Pay | | | 0.00 | 5.00 | 108.96 |
| Paid Time Off | | | 0.00 | 28.00 | 605.19 |
| Holiday Thank You | | | 0.00 | | 43.78 |
| **TOTAL:** | | | **869.31** | | **12,344.46** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 66.02 | 944.15 |
| Fed MED/EE | 12.07 | 170.80 |
| Fed OASDI/EE | 51.59 | 730.30 |
| AZ Withholdng | 14.98 | 212.01 |
| AZ Tax Percent 01.80 | 0.00 | 0.00 |
| **TOTAL:** | **144.66** | **2,057.26** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical - Before Tax | 24.34 | 340.76 |
| Dental Before Tax | 5.34 | 74.76 |
| Vision Before Tax | 1.84 | 25.76 |
| Health Care FSA | 9.62 | 134.68 |
| **TOTAL:** | **41.14** | **575.96** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Employee Optional Life | 12.09 | 169.26 |
| Optional AD&D | 1.83 | 25.62 |
| AFLAC - Group Accident | 3.43 | 48.02 |
| AFLAC - Group Critical Illness | 12.27 | 171.78 |
| AFLAC-Hospital Indemnity-NAI | 4.63 | 64.82 |
| **TOTAL:** | **34.25** | **479.50** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Company Cost Health Care Ben | 134.78 | 1,886.92 |
| Basic Life Insurance* | 3.97 | 55.58 |

*TAXABLE

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 869.31 | 832.14 | 144.66 | 75.39 | 649.26 |
| YTD | 12,344.46 | 11,779.08 | 2,057.26 | 1,055.46 | 9,231.74 |

### LEAVE BALANCES

| | | |
|---|---|---|
| Float Holiday | 1.00 | Days |
| SICK | 153.67 | Hours |
| Sick Ord Local | 51.00 | Hours |
| PTO | 101.67 | Hours |
| Sick Ord - Bal | 51.00 | Hours |
| Sick Ord - YTD | 16.00 | Hours |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #4326187 | Checking | XXXXXXXXX3840 | 649.26 |
| **TOTAL:** | | | **649.26** |

Employer: Safeway Inc., 11555 Dublin Canyon Road, Pleasanton, California 94588. AEC Phone: 888-255-2269

| Safeway Inc. | Pay Group: | 099 | | Advice #: | 991-4329657 |
|---|---|---|---|---|---|
| Associate Experience Center (AEC) | Pay Begin Date: | 04/03/2022 | | Advice Date: | 04/14/2022 |
| 20427 N 27th Avenue | Pay End Date: | 04/09/2022 | | | |
| Phoenix, AZ 85027-3241 | | | | | |

| | | | | TAX DATA: | Federal | AZ State |
|---|---|---|---|---|---|---|
| Louise Levy | Employee ID: | 5957159 | | Tax Status: | Single | N/A |
| 10425 N 48th Dr | Department: | 9603B603 | | Allowances: | 2 | N/A |
| Glendale, AZ 85302 | Location: | 9603B | | Addl. Allowances: | | |
| XXX-XX-3155 | Job Title: | Accounting Clerk IV | | Addl. Percent: | N/A | |
| | Pay Rate: | $21.614 Hourly | | Addl. Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 21.614 | 40.00 | 864.56 | 522.37 | 11,290.51 | Fed Withholdng | 65.72 | 1,009.87 |
| Holiday Worked | | | 0.00 | 7.53 | 162.75 | Fed MED/EE | 12.03 | 182.83 |
| Overtime 1.5 | 32.429 | 0.07 | 2.27 | 0.95 | 30.78 | Fed OASDI/EE | 51.44 | 781.74 |
| Expense Reimburse non-taxable | | | 0.00 | | 75.00 | AZ Withholdng | 14.93 | 226.94 |
| **Total Hours Worked** | | **40.07** | | **530.85** | | AZ Tax Percent 01.80 | 0.00 | 0.00 |
| Holiday Worked Premium | | | 0.00 | 7.53 | 81.38 | | | |
| Holiday | | | 0.00 | 16.00 | 345.82 | | | |
| Funeral Leave | | | 0.00 | 23.00 | 497.12 | | | |
| Sick Pay | | | 0.00 | 5.00 | 108.96 | | | |
| Paid Time Off | | | 0.00 | 28.00 | 605.19 | | | |
| Holiday Thank You | | | 0.00 | | 43.78 | | | |
| **TOTAL:** | | | **866.83** | | **13,211.29** | **TOTAL:** | **144.12** | **2,201.38** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Medical - Before Tax | 24.34 | 365.10 | Employee Optional Life | 12.09 | 181.35 | Company Cost Health Care Ben | 134.78 | 2,021.70 |
| Dental Before Tax | 5.34 | 80.10 | Optional AD&D | 1.83 | 27.45 | Basic Life Insurance* | 3.97 | 59.55 |
| Vision Before Tax | 1.84 | 27.60 | AFLAC - Group Accident | 3.43 | 51.45 | | | |
| Health Care FSA | 9.62 | 144.30 | AFLAC - Group Critical Illness | 12.27 | 184.05 | | | |
| | | | AFLAC-Hospital Indemnity-NAI | 4.63 | 69.45 | | | |
| **TOTAL:** | **41.14** | **617.10** | **TOTAL:** | **34.25** | **513.75** | *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 866.83 | 829.66 | 144.12 | 75.39 | 647.32 |
| YTD | 13,211.29 | 12,608.74 | 2,201.38 | 1,130.85 | 9,879.06 |

| LEAVE BALANCES | | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|
| Float Holiday | 1.00 | Days | **Payment Type** | **Account Type** | **Account Number** | **Amount** |
| SICK | 153.67 | Hours | Advice #4329657 | Checking | XXXXXXXXX3840 | 647.32 |
| Sick Ord Local | 51.00 | Hours | | | | |
| PTO | 103.59 | Hours | | | | |
| Sick Ord - Bal | 51.00 | Hours | **TOTAL:** | | | 647.32 |
| Sick Ord - YTD | 16.00 | Hours | | | | |

Employer: Safeway Inc., 11555 Dublin Canyon Road, Pleasanton, California 94588. AEC Phone: 888-255-2269

| Safeway Inc. | | | Pay Group: | 099 | | | Advice #: | 991-4333122 | |
|---|---|---|---|---|---|---|---|---|---|
| Associate Experience Center (AEC) | | | Pay Begin Date: | 04/10/2022 | | | Advice Date: | 04/21/2022 | |
| 20427 N 27th Avenue | | | Pay End Date: | 04/16/2022 | | | | | |
| Phoenix, AZ 85027-3241 | | | | | | | | | |
| | | | | | | | TAX DATA: | Federal | AZ State |
| Louise Levy | | | Employee ID: | 5957159 | | | Tax Status: | Single | N/A |
| 10425 N 48th Dr | | | Department: | 9603B603 | | | Allowances: | 2 | N/A |
| Glendale, AZ 85302 | | | Location: | 9603B | | | Addl. Allowances: | | |
| XXX-XX-3155 | | | Job Title: | Accounting Clerk IV | | | Addl. Percent: | N/A | |
| | | | Pay Rate: | $21.614 Hourly | | | Addl. Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 21.614 | 40.00 | 864.56 | 562.37 | 12,155.07 | Fed Withholdng | 65.92 | 1,075.79 |
| Holiday Worked | | | 0.00 | 7.53 | 162.75 | Fed MED/EE | 12.05 | 194.88 |
| Overtime 1.5 | 32.417 | 0.12 | 3.89 | 1.07 | 34.67 | Fed OASDI/EE | 51.54 | 833.28 |
| Expense Reimburse non-taxable | | | 0.00 | | 75.00 | AZ Withholdng | 14.96 | 241.90 |
| **Total Hours Worked** | | **40.12** | | **570.97** | | AZ Tax Percent 01.80 | 0.00 | 0.00 |
| Holiday Worked Premium | | | 0.00 | 7.53 | 81.38 | | | |
| Holiday | | | 0.00 | 16.00 | 345.82 | | | |
| Funeral Leave | | | 0.00 | 23.00 | 497.12 | | | |
| Sick Pay | | | 0.00 | 5.00 | 108.96 | | | |
| Paid Time Off | | | 0.00 | 28.00 | 605.19 | | | |
| Holiday Thank You | | | 0.00 | | 43.78 | | | |
| **TOTAL:** | | | **868.45** | | **14,079.74** | **TOTAL:** | **144.47** | **2,345.85** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Medical - Before Tax | 24.34 | 389.44 | Employee Optional Life | 12.09 | 193.44 | Company Cost Health Care Ben | 134.78 | 2,156.48 |
| Dental Before Tax | 5.34 | 85.44 | Optional AD&D | 1.83 | 29.28 | Basic Life Insurance* | 3.97 | 63.52 |
| Vision Before Tax | 1.84 | 29.44 | AFLAC - Group Accident | 3.43 | 54.88 | | | |
| Health Care FSA | 9.62 | 153.92 | AFLAC - Group Critical Illness | 12.27 | 196.32 | | | |
| | | | AFLAC-Hospital Indemnity-NAI | 4.63 | 74.08 | | | |
| **TOTAL:** | **41.14** | **658.24** | **TOTAL:** | **34.25** | **548.00** | *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 868.45 | 831.28 | 144.47 | 75.39 | 648.59 |
| YTD | 14,079.74 | 13,440.02 | 2,345.85 | 1,206.24 | 10,527.65 |

| LEAVE BALANCES | | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|
| Float Holiday | 1.00 | Days | **Payment Type** | **Account Type** | **Account Number** | **Amount** |
| SICK | 153.67 | Hours | Advice #4333122 | Checking | XXXXXXXXX3840 | 648.59 |
| Sick Ord Local | 53.00 | Hours | | | | |
| PTO | 107.43 | Hours | | | | |
| Sick Ord - Bal | 53.00 | Hours | **TOTAL:** | | | **648.59** |
| Sick Ord - YTD | 18.00 | Hours | | | | |

Employer: Safeway Inc., 11555 Dublin Canyon Road, Pleasanton, California 94588. AEC Phone: 888-255-2269

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Safeway Inc. | | Pay Group: | 099 | | | Advice #: | 991-4336527 | | |
| Associate Experience Center (AEC) | | Pay Begin Date: | 04/17/2022 | | | Advice Date: | 04/28/2022 | | |
| 20427 N 27th Avenue | | Pay End Date: | 04/23/2022 | | | | | | |
| Phoenix, AZ 85027-3241 | | | | | | | | | |

| | | | | | TAX DATA: | Federal | AZ State |
|---|---|---|---|---|---|---|---|
| Louise Levy | | Employee ID: | 5957159 | | Tax Status: | Single | N/A |
| 10425 N 48th Dr | | Department: | 9603B603 | | Allowances: | 2 | N/A |
| Glendale, AZ 85302 | | Location: | 9603B | | Addl. Allowances: | | |
| XXX-XX-3155 | | Job Title: | Accounting Clerk IV | | Addl. Percent: | N/A | |
| | | Pay Rate: | $21.614 Hourly | | Addl. Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 21.614 | 40.00 | 864.56 | 602.37 | 13,019.63 | Fed Withholdng | 65.84 | 1,141.63 |
| Holiday Worked | | | 0.00 | 7.53 | 162.75 | Fed MED/EE | 12.04 | 206.92 |
| Overtime 1.5 | 32.400 | 0.10 | 3.24 | 1.17 | 37.91 | Fed OASDI/EE | 51.50 | 884.78 |
| Expense Reimburse non-taxable | | | 0.00 | | 75.00 | AZ Withholdng | 14.95 | 256.85 |
| **Total Hours Worked** | | **40.10** | | **611.07** | | AZ Tax Percent 01.80 | 0.00 | 0.00 |
| Holiday Worked Premium | | | 0.00 | 7.53 | 81.38 | | | |
| Holiday | | | 0.00 | 16.00 | 345.82 | | | |
| Funeral Leave | | | 0.00 | 23.00 | 497.12 | | | |
| Sick Pay | | | 0.00 | 5.00 | 108.96 | | | |
| Paid Time Off | | | 0.00 | 28.00 | 605.19 | | | |
| Holiday Thank You | | | 0.00 | | 43.78 | | | |
| **TOTAL:** | | | **867.80** | | **14,947.54** | **TOTAL:** | **144.33** | **2,490.18** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Medical - Before Tax | 24.34 | 413.78 | Employee Optional Life | 12.09 | 205.53 | Company Cost Health Care Ben | 134.78 | 2,291.26 |
| Dental Before Tax | 5.34 | 90.78 | Optional AD&D | 1.83 | 31.11 | Basic Life Insurance* | 3.97 | 67.49 |
| Vision Before Tax | 1.84 | 31.28 | AFLAC - Group Accident | 3.43 | 58.31 | | | |
| Health Care FSA | 9.62 | 163.54 | AFLAC - Group Critical Illness | 12.27 | 208.59 | | | |
| | | | AFLAC-Hospital Indemnity-NAI | 4.63 | 78.71 | | | |
| **TOTAL:** | **41.14** | **699.38** | **TOTAL:** | **34.25** | **582.25** | *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 867.80 | 830.63 | 144.33 | 75.39 | 648.08 |
| YTD | 14,947.54 | 14,270.65 | 2,490.18 | 1,281.63 | 11,175.73 |

| LEAVE BALANCES | | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|
| Float Holiday | 1.00 | Days | **Payment Type** | **Account Type** | **Account Number** | **Amount** |
| SICK | 153.67 | Hours | Advice #4336527 | Checking | XXXXXXXXX3840 | 648.08 |
| Sick Ord Local | 54.00 | Hours | | | | |
| PTO | 109.35 | Hours | | | | |
| Sick Ord - Bal | 54.00 | Hours | **TOTAL:** | | | 648.08 |
| Sick Ord - YTD | 19.00 | Hours | | | | |

Employer: Safeway Inc., 11555 Dublin Canyon Road, Pleasanton, California 94588. AEC Phone: 888-255-2269

| Safeway Inc.<br>Associate Experience Center (AEC)<br>20427 N 27th Avenue<br>Phoenix, AZ 85027-3241 | Pay Group: 099<br>Pay Begin Date: 04/24/2022<br>Pay End Date: 04/30/2022 | | Advice #: 991-4341477<br>Advice Date: 05/05/2022 | |
|---|---|---|---|---|
| Louise Levy<br>10425 N 48th Dr<br>Glendale, AZ 85302<br>XXX-XX-3155 | Employee ID: 5957159<br>Department: 9603B603<br>Location: 9603B<br>Job Title: Accounting Clerk IV<br>Pay Rate: $21.614 Hourly | | **TAX DATA:** Federal AZ State<br>Tax Status: Single N/A<br>Allowances: 2 N/A<br>Addl. Allowances:<br>Addl. Percent: N/A<br>Addl. Amount: | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 21.614 | 32.72 | 707.21 | 635.09 | 13,726.84 |
| Holiday Worked | | | 0.00 | 7.53 | 162.75 |
| Overtime 1.5 | | | 0.00 | 1.17 | 37.91 |
| Expense Reimburse non-taxable | | | 25.00 | | 100.00 |
| **Total Hours Worked** | | **32.72** | | **643.79** | |
| Paid Time Off | 21.614 | 8.00 | 172.91 | 36.00 | 778.10 |
| Holiday Worked Premium | | | 0.00 | 7.53 | 81.38 |
| Holiday | | | 0.00 | 16.00 | 345.82 |
| Funeral Leave | | | 0.00 | 23.00 | 497.12 |
| Sick Pay | | | 0.00 | 5.00 | 108.96 |
| Holiday Thank You | | | 0.00 | | 43.78 |
| **TOTAL:** | | | **905.12** | | **15,852.66** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 67.32 | 1,208.95 |
| Fed MED/EE | 12.23 | 219.15 |
| Fed OASDI/EE | 52.26 | 937.04 |
| AZ Withholdng | 15.17 | 272.02 |
| AZ Tax Percent 01.80 | 0.00 | 0.00 |
| **TOTAL:** | **146.98** | **2,637.16** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical - Before Tax | 24.34 | 438.12 |
| Dental Before Tax | 5.34 | 96.12 |
| Vision Before Tax | 1.84 | 33.12 |
| Health Care FSA | 9.62 | 173.16 |
| **TOTAL:** | **41.14** | **740.52** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Employee Optional Life | 12.09 | 217.62 |
| Optional AD&D | 1.83 | 32.94 |
| AFLAC - Group Accident | 3.43 | 61.74 |
| AFLAC - Group Critical Illness | 12.27 | 220.86 |
| AFLAC-Hospital Indemnity-NAI | 4.63 | 83.34 |
| **TOTAL:** | **34.25** | **616.50** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Company Cost Health Care Ben | 134.78 | 2,426.04 |
| Basic Life Insurance* | 3.97 | 71.46 |
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 905.12 | 842.95 | 146.98 | 75.39 | 682.75 |
| YTD | 15,852.66 | 15,113.60 | 2,637.16 | 1,357.02 | 11,858.48 |

### LEAVE BALANCES

| | | |
|---|---|---|
| Float Holiday | 1.00 | Days |
| SICK | 153.67 | Hours |
| Sick Ord Local | 55.00 | Hours |
| PTO | 103.27 | Hours |
| Sick Ord - Bal | 55.00 | Hours |
| Sick Ord - YTD | 20.00 | Hours |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #4341477 | Checking | XXXXXXXXX3840 | 682.75 |
| **TOTAL:** | | | **682.75** |

Employer: Safeway Inc., 11555 Dublin Canyon Road, Pleasanton, California 94588. AEC Phone: 888-255-2269

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Safeway Inc.<br>Associate Experience Center (AEC)<br>20427 N 27th Avenue<br>Phoenix, AZ 85027-3241 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | 099<br>05/01/2022<br>05/07/2022 | | | | Advice #:<br>Advice Date: | 991-4345051<br>05/12/2022 | |

| | | | | |
|---|---|---|---|---|
| | | | TAX DATA: | Federal | AZ State |
| Louise Levy<br>10425 N 48th Dr<br>Glendale, AZ 85302<br>XXX-XX-3155 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 5957159<br>9603B603<br>9603B<br>Accounting Clerk IV<br>$21.614 Hourly | Tax Status:<br>Allowances:<br>Addl. Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>2<br><br>N/A | N/A<br>N/A |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 21.614 | 24.07 | 520.25 | 659.16 | 14,247.09 | Fed Withholdng | 65.63 | 1,274.58 |
| Holiday Worked | | | 0.00 | 7.53 | 162.75 | Fed MED/EE | 12.02 | 231.17 |
| Overtime 1.5 | | | 0.00 | 1.17 | 37.91 | Fed OASDI/EE | 51.40 | 988.44 |
| Expense Reimburse non-taxable | | | 0.00 | | 100.00 | AZ Withholdng | 14.92 | 286.94 |
| **Total Hours Worked** | | **24.07** | | **667.86** | | AZ Tax Percent 01.80 | 0.00 | 0.00 |
| Paid Time Off | 21.614 | 16.00 | 345.82 | 52.00 | 1,123.92 | | | |
| Holiday Worked Premium | | | 0.00 | 7.53 | 81.38 | | | |
| Holiday | | | 0.00 | 16.00 | 345.82 | | | |
| Funeral Leave | | | 0.00 | 23.00 | 497.12 | | | |
| Sick Pay | | | 0.00 | 5.00 | 108.96 | | | |
| Holiday Thank You | | | 0.00 | | 43.78 | | | |
| **TOTAL:** | | | **866.07** | | **16,718.73** | **TOTAL:** | **143.97** | **2,781.13** |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Medical - Before Tax | 24.34 | 462.46 | Employee Optional Life | 12.09 | 229.71 | Company Cost Health Care Ben | 134.78 | 2,560.82 |
| Dental Before Tax | 5.34 | 101.46 | Optional AD&D | 1.83 | 34.77 | Basic Life Insurance* | 3.97 | 75.43 |
| Vision Before Tax | 1.84 | 34.96 | AFLAC - Group Accident | 3.43 | 65.17 | | | |
| Health Care FSA | 9.62 | 182.78 | AFLAC - Group Critical Illness | 12.27 | 233.13 | | | |
| | | | AFLAC-Hospital Indemnity-NAI | 4.63 | 87.97 | | | |
| **TOTAL:** | **41.14** | **781.66** | **TOTAL:** | **34.25** | **650.75** | *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 866.07 | 828.90 | 143.97 | 75.39 | 646.71 |
| YTD | 16,718.73 | 15,942.50 | 2,781.13 | 1,432.41 | 12,505.19 |

### LEAVE BALANCES / NET PAY DISTRIBUTION

| | | | Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|---|---|---|
| Float Holiday | 1.00 | Days | Advice #4345051 | Checking | XXXXXXXXX3840 | 646.71 |
| SICK | 153.67 | Hours | | | | |
| Sick Ord Local | 56.00 | Hours | | | | |
| PTO | 89.19 | Hours | | | | |
| Sick Ord - Bal | 56.00 | Hours | **TOTAL:** | | | **646.71** |
| Sick Ord - YTD | 21.00 | Hours | | | | |

Employer: Safeway Inc., 11555 Dublin Canyon Road, Pleasanton, California 94588. AEC Phone: 888-255-2269

| Safeway Inc. | Pay Group: | 099 | | Advice #: | 991-4348510 |
|---|---|---|---|---|---|
| Associate Experience Center (AEC) | Pay Begin Date: | 05/08/2022 | | Advice Date: | 05/19/2022 |
| 20427 N 27th Avenue | Pay End Date: | 05/14/2022 | | | |
| Phoenix, AZ 85027-3241 | | | | | |

| | | | | TAX DATA: | Federal | AZ State |
|---|---|---|---|---|---|---|
| Louise Levy | Employee ID: | 5957159 | | Tax Status: | Single | N/A |
| 10425 N 48th Dr | Department: | 9603B603 | | Allowances: | 2 | N/A |
| Glendale, AZ 85302 | Location: | 9603B | | Addl. Allowances: | | |
| XXX-XX-3155 | Job Title: | Accounting Clerk IV | | Addl. Percent: | N/A | |
| | Pay Rate: | $21.614 Hourly | | Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 21.614 | 40.00 | 864.57 | 699.16 | 15,111.66 | Fed Withholdng | 65.92 | 1,340.50 |
| Holiday Worked | | | 0.00 | 7.53 | 162.75 | Fed MED/EE | 12.05 | 243.22 |
| Overtime 1.5 | 32.417 | 0.12 | 3.89 | 1.29 | 41.80 | Fed OASDI/EE | 51.53 | 1,039.97 |
| Expense Reimburse non-taxable | | | 0.00 | | 100.00 | AZ Withholdng | 14.96 | 301.90 |
| **Total Hours Worked** | | **40.12** | | **707.98** | | AZ Tax Percent 01.80 | 0.00 | 0.00 |
| Holiday Worked Premium | | | 0.00 | 7.53 | 81.38 | | | |
| Holiday | | | 0.00 | 16.00 | 345.82 | | | |
| Funeral Leave | | | 0.00 | 23.00 | 497.12 | | | |
| Sick Pay | | | 0.00 | 5.00 | 108.96 | | | |
| Paid Time Off | | | 0.00 | 52.00 | 1,123.92 | | | |
| Holiday Thank You | | | 0.00 | | 43.78 | | | |
| **TOTAL:** | | | **868.46** | | **17,587.19** | **TOTAL:** | **144.46** | **2,925.59** |

## BEFORE-TAX DEDUCTIONS | AFTER-TAX DEDUCTIONS | EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Medical - Before Tax | 24.34 | 486.80 | Employee Optional Life | 12.09 | 241.80 | Company Cost Health Care Ben | 134.78 | 2,695.60 |
| Dental Before Tax | 5.34 | 106.80 | Optional AD&D | 1.83 | 36.60 | Basic Life Insurance* | 3.97 | 79.40 |
| Vision Before Tax | 1.84 | 36.80 | AFLAC - Group Accident | 3.43 | 68.60 | | | |
| Health Care FSA | 9.62 | 192.40 | AFLAC - Group Critical Illness | 12.27 | 245.40 | | | |
| | | | AFLAC-Hospital Indemnity-NAI | 4.63 | 92.60 | | | |
| **TOTAL:** | **41.14** | **822.80** | **TOTAL:** | **34.25** | **685.00** | *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 868.46 | 831.29 | 144.46 | 75.39 | 648.61 |
| YTD | 17,587.19 | 16,773.79 | 2,925.59 | 1,507.80 | 13,153.80 |

| LEAVE BALANCES | | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|
| Float Holiday | 1.00 | Days | Payment Type | Account Type | Account Number | Amount |
| SICK | 153.67 | Hours | Advice #4348510 | Checking | XXXXXXXXX3840 | 648.61 |
| Sick Ord Local | 57.00 | Hours | | | | |
| PTO | 91.11 | Hours | | | | |
| Sick Ord - Bal | 57.00 | Hours | **TOTAL:** | | | 648.61 |
| Sick Ord - YTD | 22.00 | Hours | | | | |

Employer: Safeway Inc., 11555 Dublin Canyon Road, Pleasanton, California 94588. AEC Phone: 888-255-2269

| Safeway Inc.<br>Associate Experience Center (AEC)<br>20427 N 27th Avenue<br>Phoenix, AZ 85027-3241 | Pay Group: 099<br>Pay Begin Date: 05/15/2022<br>Pay End Date: 05/21/2022 | | Advice #: 991-4351934<br>Advice Date: 05/26/2022 | |
|---|---|---|---|---|
| Louise Levy<br>10425 N 48th Dr<br>Glendale, AZ 85302<br>XXX-XX-3155 | Employee ID: 5957159<br>Department: 9603B603<br>Location: 9603B<br>Job Title: Accounting Clerk IV<br>Pay Rate: $21.614 Hourly | | TAX DATA: Federal AZ State<br>Tax Status: Single N/A<br>Allowances: 2 N/A<br>Addl. Allowances:<br>Addl. Percent: N/A<br>Addl. Amount: | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 21.614 | 40.00 | 864.57 | 739.16 | 15,976.23 |
| Holiday Worked | | 0.00 | | 7.53 | 162.75 |
| Overtime 1.5 | 32.375 | 0.08 | 2.59 | 1.37 | 44.39 |
| Expense Reimburse non-taxable | | 0.00 | | | 100.00 |
| **Total Hours Worked** | | **40.08** | | **748.06** | |
| Holiday Worked Premium | | | 0.00 | 7.53 | 81.38 |
| Holiday | | | 0.00 | 16.00 | 345.82 |
| Funeral Leave | | | 0.00 | 23.00 | 497.12 |
| Sick Pay | | | 0.00 | 5.00 | 108.96 |
| Paid Time Off | | | 0.00 | 52.00 | 1,123.92 |
| Holiday Thank You | | | 0.00 | | 43.78 |
| **TOTAL:** | | | **867.16** | | **18,454.35** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 65.76 | 1,406.26 |
| Fed MED/EE | 12.03 | 255.25 |
| Fed OASDI/EE | 51.46 | 1,091.43 |
| AZ Withholdng | 14.94 | 316.84 |
| AZ Tax Percent 01.80 | 0.00 | 0.00 |
| **TOTAL:** | **144.19** | **3,069.78** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical - Before Tax | 24.34 | 511.14 |
| Dental Before Tax | 5.34 | 112.14 |
| Vision Before Tax | 1.84 | 38.64 |
| Health Care FSA | 9.62 | 202.02 |
| **TOTAL:** | **41.14** | **863.94** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Employee Optional Life | 12.09 | 253.89 |
| Optional AD&D | 1.83 | 38.43 |
| AFLAC - Group Accident | 3.43 | 72.03 |
| AFLAC - Group Critical Illness | 12.27 | 257.67 |
| AFLAC-Hospital Indemnity-NAI | 4.63 | 97.23 |
| **TOTAL:** | **34.25** | **719.25** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Company Cost Health Care Ben | 134.78 | 2,830.38 |
| Basic Life Insurance* | 3.97 | 83.37 |

*TAXABLE

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 867.16 | 829.99 | 144.19 | 75.39 | 647.58 |
| YTD | 18,454.35 | 17,603.78 | 3,069.78 | 1,583.19 | 13,801.38 |

### LEAVE BALANCES

| | | |
|---|---|---|
| Float Holiday | 1.00 | Days |
| SICK | 153.67 | Hours |
| Sick Ord Local | 59.00 | Hours |
| PTO | 93.03 | Hours |
| Sick Ord - Bal | 59.00 | Hours |
| Sick Ord - YTD | 24.00 | Hours |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #4351934 | Checking | XXXXXXXXX3840 | 647.58 |
| **TOTAL:** | | | **647.58** |

Employer: Safeway Inc., 11555 Dublin Canyon Road, Pleasanton, California 94588. AEC Phone: 888-255-2269

| Safeway Inc.<br>Associate Experience Center (AEC)<br>20427 N 27th Avenue<br>Phoenix, AZ 85027-3241 | Pay Group: 099<br>Pay Begin Date: 05/22/2022<br>Pay End Date: 05/28/2022 | Advice #: 991-4355383<br>Advice Date: 06/02/2022 |
|---|---|---|

| Louise Levy<br>10425 N 48th Dr<br>Glendale, AZ 85302<br>XXX-XX-3155 | Employee ID: 5957159<br>Department: 9603B603<br>Location: 9603B<br>Job Title: Accounting Clerk IV<br>Pay Rate: $21.614 Hourly | TAX DATA: | Federal | AZ State |
|---|---|---|---|---|
| | | Tax Status: | Single | N/A |
| | | Allowances: | 2 | N/A |
| | | Addl. Allowances: | | |
| | | Addl. Percent: | N/A | |
| | | Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 21.614 | 39.93 | 863.04 | 779.09 | 16,839.27 |
| Holiday Worked | | | 0.00 | 7.53 | 162.75 |
| Overtime 1.5 | | | 0.00 | 1.37 | 44.39 |
| Expense Reimburse non-taxable | | | 25.00 | | 125.00 |
| **Total Hours Worked** | | **39.93** | | **787.99** | |
| Holiday Worked Premium | | | 0.00 | 7.53 | 81.38 |
| Holiday | | | 0.00 | 16.00 | 345.82 |
| Funeral Leave | | | 0.00 | 23.00 | 497.12 |
| Sick Pay | | | 0.00 | 5.00 | 108.96 |
| Paid Time Off | | | 0.00 | 52.00 | 1,123.92 |
| Holiday Thank You | | | 0.00 | | 43.78 |
| **TOTAL:** | | | **888.04** | | **19,342.39** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 65.27 | 1,471.53 |
| Fed MED/EE | 11.98 | 267.23 |
| Fed OASDI/EE | 51.21 | 1,142.64 |
| AZ Withholdng | 14.87 | 331.71 |
| AZ Tax Percent 01.80 | 0.00 | 0.00 |
| **TOTAL:** | **143.33** | **3,213.11** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical - Before Tax | 24.34 | 535.48 |
| Dental Before Tax | 5.34 | 117.48 |
| Vision Before Tax | 1.84 | 40.48 |
| Health Care FSA | 9.62 | 211.64 |
| **TOTAL:** | **41.14** | **905.08** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Employee Optional Life | 12.09 | 265.98 |
| Optional AD&D | 1.83 | 40.26 |
| AFLAC - Group Accident | 3.43 | 75.46 |
| AFLAC - Group Critical Illness | 12.27 | 269.94 |
| AFLAC-Hospital Indemnity-NAI | 4.63 | 101.86 |
| Garnishment | 184.93 | 184.93 |
| **TOTAL:** | **219.18** | **938.43** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Company Cost Health Care Ben | 134.78 | 2,965.16 |
| Basic Life Insurance* | 3.97 | 87.34 |
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 888.04 | 825.87 | 143.33 | 260.32 | 484.39 |
| YTD | 19,342.39 | 18,429.65 | 3,213.11 | 1,843.51 | 14,285.77 |

### LEAVE BALANCES

| | | |
|---|---|---|
| Float Holiday | 1.00 | Days |
| SICK | 153.67 | Hours |
| Sick Ord Local | 60.00 | Hours |
| PTO | 94.95 | Hours |
| Sick Ord - Bal | 60.00 | Hours |
| Sick Ord - YTD | 25.00 | Hours |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #4355383 | Checking | XXXXXXXXX3840 | 484.39 |
| **TOTAL:** | | | **484.39** |

Employer: Safeway Inc., 11555 Dublin Canyon Road, Pleasanton, California 94588. AEC Phone: 888-255-2269